No. 97–6194. MARTINEZ ET AL. *v.* MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 97–6195. LEE *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 97–6204. RICH *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–6208. RIJOS *v.* DELTA AIRLINES, INC. C. A. 9th Cir. Certiorari denied.

No. 97–6209. MOSLEY *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 97–6210. LOYA *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–6212. MASON *v.* HERALD MAIL CO.; and MASON *v.* CREEDEN. C. A. 4th Cir. Certiorari denied. Reported below: 108 F. 3d 1372.

No. 97–6224. MCCARTNEY *v.* LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 97–6229. TYLER *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 97–6230. YORK *v.* LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 97–6234. AYALA *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 97–6237. OWEN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6238. JONES *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 97–6240. POWELL *v.* WAL-MART, INC. Ct. App. La., 3d Cir. Certiorari denied.

No. 97–6241. BIROS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.